1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| **MANUEL HILL,** | CV 07-00149 JF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **JOE MCGRATH, et al.,** | |
| Defendants. | |

Defendants have filed a request for a 21-day extension of time up to and including February 4, 2008, to file their summary-judgment motion or other dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including February 4, 2008, to file their summary-judgment motion or other dispositive motion is GRANTED. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the court and served upon defendants no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed.

Dated: _____ 1/17/08 _____

JEREMY FOGEL
United States District Judge

[Proposed] Order Granting Defs.' Req. for Ext. of Time

*Hill v. McGrath, et al.*
Case No. CV 07-00149 JF

1