NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HILL, | No. C 07-0149 JF (PR) |
| Plaintiff, | ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION |
| v. | |
| JOE MCGRATH, et al., | |
| Defendants. | (Docket No. 17) |

Plaintiff has filed an application for enlargement of time to file an opposition to Defendants' motion to dismiss. Good cause appearing, Plaintiff's application for enlargement of time (docket no. 17) is GRANTED. Plaintiff shall file his opposition, and serve a copy on Defendants' counsel, **within thirty (30) days** of the date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 5/30/08

JEREMY FOGEL
United States District Judge

Order Granting Application for Enlargement of Time to File Opposition
P:\PRO-SE\SJ.JF\CR.07\Hill0149.eot-oppo.wpd